# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D22-2359
LT Case No. 2017-CA-000278

————————————————

AUDREY MESSER AND ALAN
MESSER,

     Appellants,

     v.

ARTHUR RUTENBERG HOMES,
INC., COUNTRY CLUB HOMES OF
FLORIDA, INC., OCEANSIDE
HOMES AND REMODELING, LLP,
RODNEY KIMBERLEY, WILLIAM V.
GROFF, PREMIER ROOFING, INC.,
GARY D. SUGGS, ET AL.,

     Appellees.

————————————————

On appeal from the Circuit Court for Flagler County.
Terence R Perkins, Judge.

Michael D. Chiumento, III, and Kareen Movsesyan, of Chiumento
Law, PLLC, Palm Coast, for Appellants.

Jessica S. Mazariego, Jeffrey M. Paskert, and Ryan E. Baya, of
Paskert Divers Thompson P.A., Tampa, and Lewis J. Conwell, of
Conwell Business Law, LLLP, Tampa, for Appellee Arthur
Rutenberg Homes, Inc.

No Appearance for Remaining Appellees.

October 3, 2023

PER CURIAM.

AFFIRMED.

JAY, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____